1  Patrick J. Mulligan
   The Law Offices of Patrick J. Mulligan
2  4514 Cole Ave. Suite 300
   Dallas, Texas 75205
3  Phone: 214-219-9779
   Facsimile: 214-520-8789
4  Attorneys for Plaintiff

5

6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>MARTIN FISHER et. al.,<br><br>Plaintiff,<br>v.<br><br>MERCK & CO., INC., PFIZER INC., and PHARMACIA & UPJOHN COMPANY, LLC. | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF[S] WITH PREJUDICE |

(Case No. 06-5885 CRB)

20  Come now all remaining Plaintiff in this action, including <u>but not limited</u> to Martin Fisher,
21  and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
22  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with
23  each side bearing its own attorneys' fees and costs.

24

25

26

27

28

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699

1 | DATED: 10-29, 2009              By: /s/ P. Mulligan

2
3     The Law Offices of Patrick J. Mulligan
      4514 Cole Ave., Suite 300
      Dallas, Texas 75205
      Phone: 214-219-9779
4     Facsimile: 214-520-8789

5
6     *Attorneys for Plaintiff*

7
8
9

10 | DATED: April 14, 2010           By: /s/

11
12    DLA PIPER LLP (US)
      1251 Avenue of the Americas
      New York, New York 10020
13    Telephone: (212) 335-4500
      Facsimile: (212) 335-4501
14
15    *Defendants' Liaison Counsel*

16

17 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

18 | **IT IS SO ORDERED.**

19
20 | DATED: 5-11, 2010

        Hon. Charles R. Breyer
21      United States District Court

22
23
24
25
26
27
28

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699